

MWC:2009R00855

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. WMN-10-0236 |
| | : | |
| | : | (False Statements, |
| DONNA MITCHELL | : | 18 U.S.C. § 1001) |
| | : | |

...oOo...

## INFORMATION

The United States Attorney for the District of Maryland charges that at all times material to this Information:

1. The National Security Agency ("NSA") was a component of the U.S. Department of Defense, which was part of the executive branch of the United States Government.

2. NSA contracted with an outside company ("Contractor A") to obtain certain messaging services. Contractor A provided such services under the terms of a time-and-materials contract (the "Services Contract").

3. Defendant **DONNA MITCHELL ("MITCHELL")** was a resident of Crofton, Maryland, and was employed full-time by successive subcontractors ("Subcontractors B and C") to Contractor A to work on the Services Contract. **MITCHELL's** sole duty station with respect to the Services Contract was located within NSA Headquarters, Fort George G. Meade, Maryland.

4. **MITCHELL** was required to be present at NSA office space located at NSA Headquarters when working on the Services Contract.

5. Subcontractors B and C required **MITCHELL** to submit a timesheet in electronic form for every two-week pay period. In those timesheets, **MITCHELL** was required to state the number of hours she had worked during those pay periods on the Services Contract. **MITCHELL** received regular paychecks from Subcontractors B and C in which she was paid based on the number of hours she had claimed to work on the Services Contract for the pay periods in question.

6. Based on the hours that **MITCHELL** claimed to have worked on the Services Contract, Subcontractors B and C periodically invoiced Contractor A for such hours. Contractor A, in turn, periodically invoiced NSA for the hours that **MITCHELL** claimed to have worked on the Services Contract.

7. After NSA received invoices from Contractor A, which included the amounts invoiced for hours that **MITCHELL** had reported to Subcontractors B and C that she had worked on the Services Contract, NSA paid Contractor A for such claimed hours. Contractor A, in turn, made payments to Subcontractors B and C for **MITCHELL's** claimed hours.

8. NSA paid Contractor A between $71.86 per hour and $106.32 per hour for the hours that **MITCHELL** claimed to have worked on the Services Contract.

9. From on or about January 30, 2006 to on or about December 28, 2007, **MITCHELL** submitted, and caused to be submitted, false timesheets to Subcontractors B and C claiming that she had worked 752 hours more than she had actually worked on the Services Contract, which included 24 separate days wherein she represented that she had worked an average of eight hours when, in fact, she did not work at all on those days. Subcontractors B and C, in turn, invoiced Contractor A for all of these hours that **MITCHELL** claimed to have worked, but in fact, had not worked on the Services Contract. Contractor A, in turn, submitted

invoices to NSA for all of these hours that **MITCHELL** claimed to have worked, but in fact, had not worked on the Services Contract.

10. Based on the invoices that Contractor A submitted to NSA for the hours that **MITCHELL** claimed to have worked, but in fact, had not worked on the Services Contract, NSA overpaid Contractor A at least $81,859.00.

## The False Statement

11. On or about December 22, 2006, in the District of Maryland,

**DONNA MITCHELL**

knowingly and willfully, in a matter within the jurisdiction of NSA, made materially false, fictitious, and fraudulent statements and representations, in that she submitted a timesheet to Subcontractor B for the pay period ending on the same date, during which she claimed that she had worked 30 hours on the Services Contract, when as she then well knew, she had not worked on the Services Contract for such hours.

5/5/2010
Date

Rod J. Rosenstein  MWC
Rod J. Rosenstein
United States Attorney